# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHARLES M. DUUS, an individual, | ) | CASE NO.   4:21-CV-03017 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER OF** |
| NEW TKG-NEBRASKA STORAGE, | ) | **DISMISSAL** |
| LLC, d/b/a STORAGEMART, a Missouri | ) | |
| Limited Liability Company; TKG | ) | |
| STORAGEMART PARTNERS, LP; a | ) | |
| Delaware Limited Partnership; and | ) | |
| STORAGEMART PARTNERS, L.L.C., a | ) | |
| Missouri Limited Liability Company, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the parties' Joint Stipulation for Dismissal (Filing No. 39). The Stipulation is adopted and approved.

Accordingly,

**IT IS ORDERED** that this case is dismissed with prejudice, each party to bear its own fees and costs.  Judgment will be entered by separate document.

Dated this 18th day of April, 2022.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge